CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AO 91 (Rev. 11/11) Criminal Complaint

JUL 19 2022

JULIA C. DUDLEY, CLERK
BY: /s/ E. Surber
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Timothy Wade Mitchell, Jr. | ) | Case No. 1:22mj70 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 22, 2022__ in the county of __Tazewell__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and (3) | possession of firearm/ammunition by convicted felon and unlawful drug user. |
| 26 U.S.C. § 5861(d) | possession of destructive device not registered in National Firearms Registry. |
| 18 U.S.C. §§ 842(i)(1) and (3) | possession of explosive by convicted felon and unlawful drug user. |

This criminal complaint is based on these facts:

See attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Corey Duke, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __07/28/2022__

_____
Judge's signature

City and state: __Abingdon, Virginia__

Pamela Meade-Sargent, USMJ
Printed name and title

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

IN THE MATTER OF THE ARREST OF:      UNDER SEAL
Sandra Neice Mitchell
Timothy Wade Mitchell, Jr.

Case No. _____

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS AND ARREST WARRANTS

1. Your affiant, William C. Duke, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Washington Field Division, Bristol Post of Duty, having been duly sworn, deposes and states as follows:

Introduction

2. I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code.

3. I am employed as a Special Agent, Certified Explosives Specialist and Bomb Technician with ATF. I have been employed as a Special Agent since February 2005. I have been certified as an Explosives Specialist and Bomb Technician since 2018. I am currently assigned to the Bristol, Virginia Field Office. Prior to becoming an ATF Special Agent, I was a Police Officer and Detective with the Chesterfield County, Virginia Police Department for five and a half years. During my tenure in law enforcement, I have attended numerous schools and trainings hosted by ATF, FBI, the High Intensity Drug Trafficking Areas (HIDTA) program, the Department of Defense, state and local law enforcement, and the Department of Justice, dealing in various techniques of investigating firearms, explosives, bomb making, post-blast analyses, narcotics, and criminal activity. I have taken part in numerous federal, state, and local investigations concerning violations of firearm, narcotics, and explosives laws.

4. Through instruction, training, and experience, I have become familiar with the manner and methods criminals use to manufacture, possess, and distribute firearms, narcotics, explosives, explosive materials, and destructive devices.

5. The information contained in this affidavit is based on my personal observations, observations of other law enforcement officers, observations of Confidential Informants (CIs) and Cooperating Sources (CS) as related to me, my review of official police and government reports, and consultation with other agents and officers involved in the

1

investigation. The information contained in this affidavit is provided for the limited purpose of establishing probable cause for arrest. The information is not a complete statement of all the facts related to this case.

## Initial Summary of the Investigation

6. Beginning in October 2021, law enforcement in southern West Virginia and southwest Virginia began to obtain information regarding several persons who have since been arrested and pled guilty to conspiring to distribute quantities of crystal methamphetamine in Mercer County, West Virginia, and Tazewell and Russell Counties, Virginia. Through arrests, search warrants, interviews, and the cultivation of CIs, law enforcement was able to identify a network of individuals involved in the possession and distribution of crystal methamphetamine, firearms, and ammunition, the possession and distribution of explosives, and the manufacturing and possession of destructive devices in southwest Virginia.

7. From October 2021 until the present, federal, state, and local law enforcement have conducted interviews, executed search warrants, conducted surveillance, analyzed phone records, researched court records, and conducted controlled purchases from members of the conspiracy. Information gained from arrests, seizures, search warrants, interviews and physical evidence show a conspiracy to distribute crystal methamphetamine, a Schedule II controlled substance, in southwest Virginia, prohibited persons possessing firearms and ammunition in southwest Virginia, the use of firearms in furtherance of narcotics trafficking, prohibited persons possessing explosives, and the manufacturing and possession of destructive devices.

8. This affidavit is submitted in support of probable cause for the issuance of arrest warrants for the following individuals and charges:

    - Timothy Wade Mitchell, Jr., for violations of 18 U.S.C. §§ 922(g)(1) and (3), 26 U.S.C. § 5861(d), and 18 U.S.C. §§ 842(i)(1) and (3).

    - Sandra Neice Mitchell, for violations of 18 U.S.C. §§ 922(g)(1) and (3).

### COUNT I: TIMOTHY MITCHELL for violations of 18 U.S.C. §§ 922(g)(1) and (3)

9. On August 9, 2006, Timothy Wade Mitchell, Jr. was convicted in the Circuit Court of Tazewell County, Virginia, of three felonies—sale/distribution of marijuana as an accommodation, receiving stolen property, and failure to appear. On October 23, 2006, Mr. Mitchell was sentenced to twelve (12) months' incarceration on the sale/distribution of marijuana as an accommodation charge, twenty (20) years' incarceration with eighteen (18) years suspended on the receiving stolen property charge, and five (5) years' incarceration with five (5) years suspended on the failure to appear charge.

10. On February 2, 2007, Timothy Wade Mitchell, Jr. was convicted in the Circuit Court of Lee County, Virginia, of four felonies—breaking and entering, conspiracy to break and

2

enter, grand larceny, and conspiracy to commit grand larceny. Mr. Mitchell was sentenced to ten (10) years' incarceration with seven (7) years suspended on each charge, to run concurrently. The court ordered that two (2) years and two (2) months of the sentence run concurrently with Mr. Mitchell's Tazewell County, Virginia sentence and ten (10) months run consecutive to the Tazewell County, Virginia sentence.

11. Certified copies of the conviction records for the above-detailed convictions show that Timothy Wade Mitchell, Jr. is a convicted felon and therefore is prohibited from possessing firearms and ammunition under 18 U.S.C. § 922(g)(1).

12. On May 22, 2022, deputies with the Tazewell County Sheriff's Office responded to the Mitchell residence located at 7041 Dry Fork Road, North Tazewell, Virginia, to serve an outstanding warrant on Sandra Neice Mitchell. While at the residence, deputies observed what they believed to be a suspected methamphetamine pipe with residue laying on a table next to the front door. A state search warrant was obtained for the residence. During the execution of the search warrant, approximately seven (7) firearms (consisting of five long guns and two handguns), numerous rounds of ammunition for such firearms, suspected controlled substances (methamphetamine, gabapentin pills, and suboxone), an electric blasting cap, Pyrodex powder, a hobby fuse, and a destructive device (an improvised explosive bomb) were seized.

13. Shortly after deputies arrested Sandra Neice Mitchell, her husband, Timothy Wade Mitchell, Jr., arrived at the residence located at 7041 Dry Fork Road, North Tazewell, Virginia. Mr. Mitchell was questioned by the deputies as to the suspected methamphetamine pipe with residue the officers observed in the house. Mr. Mitchell said the methamphetamine pipes in the house belonged to his wife. Mr. Mitchell gave consent to search the residence and was questioned as to the firearms in the residence. Mr. Mitchell named several of the firearms and admitted he was a convicted felon.

14. On May 22, 2022, a post-arrest, post-Miranda interview was conducted with Timothy Wade Mitchell, Jr. During the interview, Mr. Mitchell admitted he was a convicted felon. Mr. Mitchell also said he was a daily, intravenous user of suboxone. Mr. Mitchell stated that there was a .30-30 rifle, a Rossi shotgun, a 9mm pistol, a muzzleloader, two additional shotguns, and ammunition for such the guns located inside the residence. Mr. Mitchell admitted he was a convicted felon and that he possessed the firearms seized by law enforcement. Mr. Mitchell said he had served three years in the state penitentiary for drug distribution and breaking and entering charges and was on probation for eleven (11) years.

15. On May 22, 2022, a post-Miranda interview was conducted with Sandra Neice Mitchell. During this interview, Mrs. Mitchell stated that she was a methamphetamine user, and that there was methamphetamine and several firearms inside the residence (7041 Dry Fork Road, North Tazewell, Virginia). Mrs. Mitchell said her husband, Timothy Wade Mitchell, Jr., would occasionally smoke methamphetamine but preferred to use methamphetamine and suboxone intravenously.

16. Based on my training and experience and a preliminary review by ATF Special Agent

Stephen Levesque, who is specially trained in conducting interstate nexus examinations, the firearms and ammunition seized from Timothy Wade Mitchell, Jr.'s residence in the Western District of Virginia on May 22, 2022, traveled in and affected interstate or foreign commerce.

17. The above facts are in support of probable cause for the issuance of an arrest warrant for Timothy Wade Mitchell, Jr. for knowingly possessing firearms and ammunition in the Western District of Virginia on May 22, 2022, after having been convicted in a court of law of a crime punishable by a term of imprisonment exceeding one year and while being an unlawful user of or addicted to methamphetamine, a Schedule II controlled substance, and suboxone, a Schedule III controlled substance, in violation of 18 U.S.C. §§ 922(g)(1) and (3).

## COUNT II: TIMOTHY MITCHELL for violation of 26 U.S.C. § 5861(d)

18. On May 22, 2022, deputies with the Tazewell County Sheriff's Office responded to the Mitchell residence located at 7041 Dry Fork Road, North Tazewell, Virginia, to serve an outstanding warrant on Sandra Neice Mitchell. While at the residence, deputies observed what they believed to be a suspected methamphetamine pipe with residue laying on a table next to the front door. A search warrant was obtained for the residence. During the execution of the search warrant, approximately seven (7) firearms (consisting of five long guns and two handguns), numerous rounds of ammunition for such firearms, suspected controlled substances (methamphetamine, gabapentin pills, and suboxone), an electric blasting cap, Pyrodex powder, a hobby fuse, and a destructive device (an improvised explosive bomb) were seized. The electric blasting cap, hobby fuse, and destructive device were found in a locked safe in the wall of the garage, along with a small quantity of suspected methamphetamine. The key used to open the safe was found on a keyring in Timothy Wade Mitchell, Jr.'s possession.

19. On May 22, 2022, a post-arrest, post-Miranda interview was conducted with Timothy Wade Mitchell, Jr. During the interview, Mr. Mitchell admitted knowing the safe was in his garage.

20. On May 22, 2022, a post-Miranda interview was conducted with Sandra Neice Mitchell. During this interview, Mrs. Mitchell stated that she was supplied methamphetamine by her husband, Timothy Wade Mitchell, Jr., who had been purchasing methamphetamine from an unidentified source in West Virginia for Mrs. Mitchell's use and for sale to others. Mrs. Mitchell stated that her husband, Timothy Wade Mitchell, Jr., hid methamphetamine in a safe in the garage. Mrs. Mitchell stated that when her husband would leave to sell methamphetamine, he would go to the garage, get into his car, leave, and then return with cash.

21. I examined the destructive device located in the safe in Mr. Mitchell's garage. The device is described as a steel metal cylinder that is 5 1/2" long, and 1 1/2" in diameter. The cylinder is heavy steel (possibly stainless steel) with a threaded neck. The cylinder has the numbers "054114" printed on it. Threaded into the neck of the cylinder is a green, metal,

industrial-style male air compressor plug fitting. This plug fitting was glued into the cylinder using a grey epoxy-style glue. The plug fitting had visible tool marks where it was threaded into the cylinder. The plug fitting is designed with a hollow center to allow air to flow through. Threaded through the hollow passage was a green hobby fuse approximately 41" x 0.10" diameter. I remotely disassembled the device. The cylinder contained approximately 93.4 grams of energetic powder.

22. Based on the examination of reports, photographic evidence, and pending final laboratory analysis, an ATF Explosive Enforcement Officer determined the metal cylinder filled with energetic powder and initiated by hobby fuse, meets the definition of a "destructive device"— more specifically, an improvised explosive bomb—as that term is defined in 26 U.S.C. § 5845(f).

23. On June 1, 2022, I conducted a search of the National Firearms Registration and Transfer Record (NFRTR). Timothy Wade Mitchell, Jr. does not have any destructive device registered. "Destructive device" is included in the definition of "firearm" under 26 U.S.C. § 5845(a).

24. The above facts in this count indicate there is probable cause to believe Timothy Wade Mitchell, Jr. violated 26 U.S.C. § 5861(d), in that he knowingly possessed a firearm (destructive device) not registered in the NFRTR, in the Western District of Virginia, on May 22, 2022.

## Count III: TIMOTHY MITCHELL for violations of Title 18 U.S.C. §§ 842(i)(1) and (3)

25. On August 9, 2006, Timothy Wade Mitchell, Jr. was convicted in the Circuit Court of Tazewell County, Virginia, of three felonies—sale/distribution of marijuana as an accommodation, receiving stolen property, and failure to appear. On October 23, 2006, Mr. Mitchell was sentenced to twelve (12) months' incarceration on the sale/distribution of marijuana as an accommodation charge, twenty (20) years' incarceration with eighteen (18) years suspended on the receiving stolen property charge, and five (5) years' incarceration with five (5) years suspended on the failure to appear charge.

26. On February 2, 2007, Timothy Wade Mitchell, Jr. was convicted in the Circuit Court of Lee County, Virginia, of four felonies—breaking and entering, conspiracy to break and enter, grand larceny, and conspiracy to commit grand larceny. Mr. Mitchell was sentenced to ten (10) years' incarceration with seven (7) years suspended on each charge, to run concurrently. The court ordered that two (2) years and two (2) months of the sentence run concurrently with Mr. Mitchell's Tazewell County, Virginia sentence and ten (10) months run consecutive to the Tazewell County, Virginia sentence.

27. Certified copies of the conviction records for the above-detailed convictions show that Timothy Wade Mitchell, Jr. is a convicted felon and therefore is prohibited from possessing explosives under 18 U.S.C. § 842(i)(1).

28. On May 22, 2022, deputies with the Tazewell County Sheriff's Office responded to the

Mitchell residence located at 7041 Dry Fork Road, North Tazewell, Virginia, to serve an outstanding warrant on Sandra Neice Mitchell. While at the residence, deputies observed what they believed to be a suspected methamphetamine pipe with residue laying on a table next to the front door. A search warrant was obtained for the residence. During the execution of the search warrant, approximately seven (7) firearms (consisting of five long guns and two handguns), numerous rounds of ammunition for such firearms, suspected controlled substances (methamphetamine, gabapentin pills, and suboxone), an electric blasting cap, Pyrodex powder, a hobby fuse, and a destructive device (an improvised explosive bomb) were seized. The electric blasting cap, hobby fuse, and destructive device were found in a locked safe in the wall of the garage, along with a small quantity of suspected methamphetamine. The key used to open the safe was found on a keyring in Timothy Wade Mitchell, Jr.'s possession.

29. On May 22, 2022, a post-arrest, post-Miranda interview was conducted with Timothy Wade Mitchell, Jr. During the interview, Mr. Mitchell admitted knowing the safe was in his garage. Mr. Mitchell also admitted being a convicted felon and said he had served three years in the state penitentiary for drug distribution and breaking and entering charges and was on probation for eleven (11) years. Mr. Mitchell also admitted he was a daily, intravenous user of suboxone.

30. On May 22, 2022, a post-Miranda interview was conducted with Sandra Neice Mitchell. During this interview, Mrs. Mitchell stated that she was supplied methamphetamine by her husband, Timothy Wade Mitchell, Jr., who had been purchasing methamphetamine from an unidentified source in West Virginia for Mrs. Mitchell's use and for sale to others. Mrs. Mitchell stated that her husband, Timothy Wade Mitchell, Jr., hid methamphetamine in a safe in the garage. Mrs. Mitchell stated that when her husband would leave to sell methamphetamine, he would go to the garage, get into his car, leave, and then return with cash. Mrs. Mitchell said her husband occasionally smoked methamphetamine but preferred to use methamphetamine and suboxone intravenously.

31. On May 27, 2022, I examined an electric blasting cap/detonator, which is described as having an aluminum shell, teal and yellow leg wires, with 0 delay, lot #/mfg. code: OABBJG. This item was seized from the safe in Timothy Wade Mitchell, Jr.'s garage in North Tazewell, Virginia, on May 22, 2022. This commercial blasting cap/detonator was manufactured by the Dyno Nobel company out of Port Ewen, NY on January 11, 1996. Based on my examination, training, and experience, the blasting cap/detonator contains a primary high explosive material. The blasting cap is an "explosive" as that term is defined in 18 U.S.C. § 841(d) and is subject to federal regulation and traveled in interstate commerce.

32. The above facts in this count are in support of probable cause for the issuance of an arrest warrant for Timothy Wade Mitchell, Jr. for knowingly possessing an explosive (blasting cap) in the Western District of Virginia on May 22, 2022, after having been convicted in a court of law of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. § 842(i)(1), and while being an unlawful user of or addicted to controlled substances, in violation of 18 U.S.C. § 842(i)(3).

### COUNT IV: SANDRA MITCHELL for violations of 18 U.S.C. §§ 922(g)(1) and (3)

33. On April 28, 2016, Sandra Neice Mitchell was convicted in the Circuit Court of Tazewell County, Virginia of five (5) counts of felony uttering a forged check and one count of felony obtaining money by false pretenses. On July 1, 2016, Mrs. Mitchell was sentenced to serve one (1) year incarceration with one (1) year suspended on each of the felony uttering a forged check charges, and three (3) years' incarceration with three (3) years suspended on the felony obtaining money by false pretenses charge, to be served consecutively. Certified copies of the conviction records show that Sandra Neice Mitchell is a convicted felon and therefore prohibited from possessing firearms and ammunition under 18 U.S.C. § 922(g)(1).

34. On May 22, 2022, deputies with the Tazewell County Sheriff's Office responded to the Mitchell residence located at 7041 Dry Fork Road, North Tazewell, Virginia, to serve an outstanding warrant on Sandra Neice Mitchell. While at the residence, deputies observed what they believed to be a suspected methamphetamine pipe with residue laying on a table next to the front door. A state search warrant was obtained for the residence. During the execution of the search warrant, approximately seven (7) firearms (consisting of five long guns and two handguns), numerous rounds of ammunition for such firearms, suspected controlled substances (methamphetamine, gabapentin pills, and suboxone), an electric blasting cap, Pyrodex powder, a hobby fuse, and a destructive device (an improvised explosive bomb) were seized.

35. On May 22, 2022, a post-Miranda interview was conducted with Sandra Neice Mitchell. During this interview, Mrs. Mitchell stated she was a methamphetamine user, and that there was methamphetamine and several firearms inside her residence (7041 Dry Fork Road, North Tazewell, Virginia). Mrs. Mitchell stated she last used methamphetamine a week or two ago. Mrs. Mitchell said she was supplied methamphetamine by her husband (Timothy Wade Mitchell, Jr.), who was purchasing the methamphetamine for her use and sale to others from an unidentified source in West Virginia.

36. On May 22, 2022, shortly after deputies arrested Sandra Neice Mitchell, her husband, Timothy Wade Mitchell, Jr., arrived at the residence located at 7041 Dry Fork Road, North Tazewell, Virginia. Mr. Mitchell was questioned by the deputies as to the suspected methamphetamine pipe with residue the officers observed in the house. Mr. Mitchell said the methamphetamine pipes in the house belonged to his wife (Sandra Neice Mitchell). Mr. Mitchell gave consent to search the residence and was questioned as to the firearms in the residence. Mr. Mitchell named several of the firearms and admitted he was a convicted felon.

37. Based on my training and experience and a preliminary review by ATF Special Agent Stephen Levesque, who is specially trained in conducting interstate nexus examinations, the firearms and ammunition seized from Sandra Neice Mitchell's residence in the Western District of Virginia on May 22, 2022, traveled in and affected interstate or foreign commerce.

38. The above facts are in support of probable cause for the issuance of an arrest warrant for Sandra Neice Mitchell for knowingly possessing firearms and ammunition in the Western District of Virginia on May 22, 2022, after having been convicted in a court of law of a crime punishable by a term of imprisonment exceeding one year and while being an unlawful user of or addicted to methamphetamine, a Schedule II controlled substance, in violation of 18 U.S.C. §§ 922(g)(1) and (3).

## Conclusion

Based on the aforementioned information, I believe probable cause exists to conclude that the following persons committed the following violations within the Western District of Virginia:

- Timothy Wade Mitchell, Jr., for violations of 18 U.S.C. §§ 922(g)(1) and (3), 26 U.S.C. § 5861(d), and 18 U.S.C. §§ 842(i)(1) and (3);

- Sandra Neice Mitchell, for violations of 18 U.S.C. §§ 922(g)(1) and (3).

## Request for Sealing

It is respectfully requested that all papers submitted in support of this application, including this affidavit and the related arrest warrants and criminal complaints, be sealed until further order of the Court. I believe sealing the aforementioned documents is necessary because they are relevant to an ongoing investigation of criminal activity and not all targets are aware of the investigation. Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and search warrants via the internet and disseminate them to other criminals as they deem appropriate. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 19, 2022, in Abingdon, Virginia.

_William C. Duke_ Special Agent/CES/BT
Bureau of Alcohol, Tobacco, Firearms & Explosives

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 19 DAY OF July 2022

_____
HONORABLE PAMELA M. SARGENT
UNITED STATES MAGISTRATE JUDGE

Reviewed by: AUSA Lena Busscher

9